**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

IN THE MATTER OF            CASE NO: 13-04365 BKT
**BRUNILDA ROBLES CASANOVA**
Debtor (s)                          **CHAPTER 13**

---

### NOTICE OF SUBMITTING AMENDED SCHEDULE A & C

COME (S) NOW, debtor(s) through the undersigned attorney and respectfully state(s), allege(s) and pray(s) as follows:

1. That debtor(s) is submitting with this Notice amended Schedule A & C
2. The purposes of the amendments are to:

   **SCH A & C: TO INCLUDE LOCAL HOMESTEAD CLAUSE IN DESCRIPTION OF REAL PROPERTY**

3. Dates for meeting of creditors, for filing claims and for hearing of confirmation are to be notified or have been by the Trustee of this case.

### NOTICE

Within ten (30) days after service as evidence by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the US Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law. (2) The requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. If you file a timely response, the court may-in its discretion- schedule a hearing.

**WE HEREBY CERTIFY** that on this same date and by electronic CM/EC filing system, copy of this Notice has been sent to Mr. Mr. Alejandro Oliveras, Esq. Chapter 13 Trustee, PO BOX 9024062, San Juan, PR 00902-4062, and to all interested parties mentioned in attached Master Address List.

Respectfully Submitted,

In San Juan, Puerto Rico, This July __1__, 2013.

                           **S/ Jaime Rodríguez Rodríguez**
                           **Electronic filed by**
                           **Attorney for Debtor**
                           **U.S.D.C.- PR -205314**
                           PO Box 2477
                           Vega Baja PR 00694
                           Tel & Fax: (787) 858-5324
                           **Jaimerodriguez@yahoo.com**

B6A (Official Form 6A) (12/07)

In re **BRUNILDA ROBLES CASANOVA** , Case No. **13-04365 ESL**
Debtor

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| RESIDENTIAL PROPERTY WICH CONSIST OF 3 BEDROOMS, 1 BATHROM, LIVING & DINNING ROOM, BALCONY AND CARPORT. LOCATED: BO. MEDIANIA ALTA SECTOR LAS CARRERAS, LOIZA PR 00772<br><br>Debtor (s) declare under penalty of criminal sanctions that the before mentioned property is occupied by him/her or his/her family as principal residence, used for residential purposes. No other property has been claimed in or outside Puerto Rico as homestead. Homestead exemption has been claimed pre-petition in accordance with the 2011 P.R. Home Protection Act. Claimed homestead is not registered at the Property Registry. | SOLE OWNER (DEBTOR) | - | 60,000.00 | 0.00 |

| | Sub-Total > | 60,000.00 | (Total of this page) |
|---|---|---|---|
| | Total > | 60,000.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

In re **BRUNILDA ROBLES CASANOVA** ,  Case No. __13-04365 ESL__
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box) $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2) *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> RESIDENTIAL PROPERTY WICH CONSIST OF 3 BEDROOMS, 1 BATHROM, LIVING & DINNING ROOM, BALCONY AND CARPORT. <br> LOCATED: BO. MEDIANIA ALTA SECTOR LAS CARRERAS, LOIZA PR 00772 | 31 P.R. Laws Ann. §§ 385a, 1851 et seq. | 60,000.00 | 60,000.00 |
| Debtor (s) declare under penalty of criminal sanctions that the before mentioned property is occupied by him/her or his/her family as principal residence, used for residential purposes. No other property has been claimed in or outside Puerto Rico as homestead. Homestead exemption has been claimed pre-petition in accordance with the 2011 P.R. Home Protection Act. Claimed homestead is not registered at the Property Registry. | | | |
| **Household Goods and Furnishings** <br> FURNITURES & APPLIANCES | 32 P.R. Laws Ann. § 1130(2) | 200.00 | 1,400.00 |
| Furniture Bedroom Set - 400.00 <br> Dinning Set - 150.00 <br> Living Set 150.00 <br> Washer Machine - 150.00 <br> Refrigerator -150.00 <br> Stove -200.00 <br> Microwave 50.00 <br> Component - 150.00 | | | |
| Location: BO. MEDIANIA ALTA SECTOR LAS CARRERAS, Loiza PR 00772 | | | |
| **Wearing Apparel** <br> CLOTHES AND SHOES <br> Location: BO. MEDIANIA ALTA SECTOR LAS CARRERAS, Loiza PR 00772 | 32 P.R. Laws Ann. § 1130(2) | 300.00 | 300.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 2006 MITSUBICHI LANCER <br> VIN:JA3AJ1691J3N875 MILLAGE: 96,584 <br> MAT DATE - JUNE 2015 <br> Location: BO. MEDIANIA ALTA SECTOR LAS CARRERAS, Loiza PR 00772 | 32 P.R. Laws Ann. § 1130(6) | 446.36 | 6,760.00 |
| | Total: | 60,946.36 | 68,460.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

**United States Bankruptcy Court**
**District of Puerto Rico**

In re  **BRUNILDA ROBLES CASANOVA**                                  Case No.  **13-04365 ESL**
                              Debtor(s)                              Chapter   **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __17__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 1, 2013**                      Signature  **/s/ BRUNILDA ROBLES CASANOVA**
                                                      **BRUNILDA ROBLES CASANOVA**
                                                      Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Label Matrix for local noticing
0104-3
Case 13-04365-ESL13
District of Puerto Rico
Old San Juan
Fri Jun 28 14:18:53 AST 2013

POPULAR AUTO
PO BOX 366818
SAN JUAN, PR 00936-6818

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

CitiFinancial, Inc
PO Box 70919
Charlotte, NC 28272-0919

AEELA
P O BOX 364508
San Juan, PR 00936-4508

BANCO POPULAR
PO BOX 362708
San Juan, PR 00936-2708

CITI FINANCIAL
CALLE PALMER 57
BLANCO SOSA
CANOVANAS, PR 00729

ISLAND FINANCE
CALLE PIMENTEL #8
Rio Grande, PR 00745-3032

MONEY EXPRESS
BANKRUPTCY DIVISION
PO BOX 9146
SAN JUAN PR 00908-0146

MONEY EXPRESS
LOAS COLOBOS SHOPPING COURT
Carolina, PR 00979

POPULAR AUTO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PUERTO RICO 00936-6818

ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

BRUNILDA ROBLES CASANOVA
HC 01 BOX 6409
Loiza, PR 00772-9768

JAIME RODRIGUEZ RODRIGUEZ
RODRIGUEZ & ASOCIADOS
PO BOX 2477
VEGA BAJA, PR 00694-2477

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14